BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
VICTOR MERCADO-SANTANA
Trial Attorney
AYSHA T. IQBAL (D.C. BAR NO. 241424)
Trial Attorney
    Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868 Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 451-7672
    Facsimile: (202)-305-7000
    E-mail: Aysha.T.Iqbal@usdoj.gov

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY YESSENIA SANCHEZ RIVAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. <br><br> Defendant. | CASE NO.  1:23-CV-00863-ADA-BAM <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE. <br><br> Honorable Ana de Alba <br> United States District Judge <br> Honorable Barbara A. McAuliffe <br> United States Magistrate Judge |

1

The parties respectfully request a continuance of the initial scheduling conference currently scheduled for September 7, 2023. ECF No. 3.

Plaintiffs filed their complaint on June 6, 2023. ECF No. 1. Service of the complaint on Defendant was completed on July 10, 2023, making Defendant's response to the complaint due on September 8, 2023. Fed. R. Civ. P. 12(a)(2). Defendant has moved to extend that deadline until October 10, 2023. ECF No. 10.

On June 6, 2023, the Court ordered an Initial Scheduling Conference for September 7, 2023. ECF No. 3. The parties agree that continuing the scheduling conference would promote efficiency and comport by allowing time for the Defendant to first file a response to the complaint and for the parties to thereafter confer regarding how this matter should proceed and advise the Court in a joint scheduling report.  For these reasons, the parties move to request that the Initial Scheduling Conference be continued to a date at least 14 days after Defendant's deadline to respond to the Complaint.

Respectfully submitted,

August 23, 2023

        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

VICTOR MERCADO-SANTANA
Trial Attorney

*/s/* Aysha T. Iqbal
AYSHA T. IQBAL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station

2

Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202)-305-7000
E-mail: Aysha.T.Iqbal@usdoj.gov

*Attorneys for Defendant*

BERNARD WOLFSDORF
Wolfsdorf Rosenthal

*s/Brad Banias*
Brad Banias
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

*Appearing pro hac vice*

*Attorneys for Plaintiffs*

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for September 7, 2023, is HEREBY CONTINUED to a date at least 14 days after Defendant's deadline to respond to the complaint. Concurrent with this stipulation, the Court has extended Defendant's deadline to respond to the complaint to October 10, 2023. Accordingly, consistent with the parties' stipulation, the Scheduling Conference in this matter is continued to **October 24, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one full week prior the conference.

IT IS SO ORDERED.

Dated: __**August 26, 2023**__      /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE