BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
VICTOR MERCADO-SANTANA
Trial Attorney
AYSHA T. IQBAL (D.C. BAR NO. 241424)
Trial Attorney
    Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868 Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 451-7672
    Facsimile: (202)-305-7000
    E-mail: Aysha.T.Iqbal@usdoj.gov

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY YESSENIA SANCHEZ RIVAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. <br><br> Defendant. | CASE NO. 1:23-CV-00863-ADA-BAM <br><br> STIPULATED MOTION FOR SCHEDULE FOR AMENDED COMPLAINT AND RESPONSIVE PLEADING AND [PROPOSED] ORDER <br><br> Honorable Ana de Alba <br> United States District Judge <br> Honorable Barbara A. McAuliffe <br> United States Magistrate Judge <br><br> **Scheduling Conference:** May 30, 2024 <br> 9:00 AM <br> Courtroom 8 (BAM) |

1

Defendant, by and through their attorneys of record, and Plaintiffs, by and through their attorneys of record ("the Parties"), hereby stipulate as follows:

On July 3, 2023, Plaintiffs filed their complaint. ECF 1. On October 13, 2023, Defendant filed their motion to dismiss Plaintiffs' complaint. ECF 19. On October 16, 2023, the Court entered an order denying the motion to dismiss without prejudice for refiling after the parties had met and conferred regarding the motion as required by the Court's standing order. ECF 21. The order stated: "If, after meeting and conferring, Defendant still wishes to file a motion to dismiss, that motion shall be filed no later than five (5) court days following the date of signature on this order." *Id.*

In response to the Court's order, Defendant initiated a meet and confer with Plaintiffs via email on October 17, 2023, and Plaintiffs represented that, having reviewed the prior motion to dismiss, they intend to file an amended complaint as permitted by Federal Rule of Civil Procedure 15(a)(1)(B). The Parties expect that amendment of the complaint will allow for narrowing of the issues. Accordingly, to promote efficiency and judicial economy, the Parties request to extend Defendant's deadline to respond to the Operative Complaint until after the filing of that amended complaint, and have agreed to a schedule that allows sufficient time for Defendant to review and respond to the amended complaint and, if necessary, to meet and confer about any Rule 12(b) motion.

The parties therefore submit for the Court's approval the following agreed-upon Proposed Schedule setting deadlines for amendment of the complaint and Defendant's response to the complaint:

1. Plaintiffs First Amended Complaint shall be filed on or before November 1, 2023.
2. Defendants' Response to the Operative Complaint shall be filed on or before December 1, 2023.

Accordingly, the Parties respectfully request entry of the Proposed Schedule.

October 20, 2023

      Respectfully submitted,

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      WILLIAM C. PEACHEY
      Director, Office of Immigration Litigation

District Court Section

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

VICTOR MERCADO-SANTANA
Trial Attorney

*/s/ Aysha T. Iqbal*
AYSHA T. IQBAL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202)-305-7000
E-mail: Aysha.T.Iqbal@usdoj.gov

*Counsel for Defendant*

*/s/Brad Banias*
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
Email: brad@baniaslaw.com
843.352.4272

*Counsel for Plaintiffs*

3


## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, the schedule for amendment of complaint and response shall be as follows:

1. Plaintiffs' First Amended Complaint shall be filed on or before **November 1, 2023**; and
2. Defendants' Response to the Operative Complaint shall be filed on or before **December 1, 2023**.

The Scheduling Conference currently set for February 28, 2024, is CONTINUED to **May 30, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:   **October 23, 2023**              /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE