BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
VICTOR MERCADO-SANTANA
Trial Attorney
AYSHA T. IQBAL (D.C. BAR NO. 241424)
Trial Attorney
  Department of Justice, Civil Division
  Office of Immigration Litigation
  P.O. Box 868 Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 451-7672
  Facsimile: (202)-305-7000
  E-mail: Aysha.T.Iqbal@usdoj.gov

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY YESSENIA SANCHEZ RIVAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. <br><br> Defendant. | CASE NO.  1:23-CV-00863-NODJ-BAM <br><br> STIPULATED MOTION FOR SCHEDULE FOR BRIEFING OF MOTION TO DISMISS; ORDER <br><br> Honorable No District Court Judge <br> United States District Judge <br> Honorable Barbara A. McAuliffe <br> United States Magistrate Judge |

Defendant, by and through her attorneys of record, and Plaintiffs, by and through their attorneys of record ("the Parties"), hereby stipulate as follows:

On July 3, 2023, Plaintiffs filed their complaint. ECF No. 1. On November 1, 2023, Plaintiffs filed their First Amended Complaint. ECF No. 25. Plaintiffs filed a Corrected First Amended Complaint on November 30, 2023. ECF No. 26. Defendant filed their Motion to Dismiss the Corrected First Amended Complaint on December 1, 2023. ECF No. 28. The Motion to Dismiss is noticed for hearing on January 29, 2024, in accordance with former District Judge De Alba's motions schedule. Prior to the filing of Defendant's Motion to Dismiss, the parties met and conferred, and agreed to propose a briefing schedule related to the Motion to Dismiss that would accommodate the parties' schedules and the intervening holidays.

The parties therefore submit for the Court's approval the following agreed-upon Proposed Schedule setting deadlines for briefing related to Defendant's Motion to Dismiss:

1. Plaintiffs' response to Defendant's Motion to Dismiss shall be filed on or before December 29, 2023.
2. Defendant's reply in support of their Motion to Dismiss shall be filed on or before January 12, 2024.

Accordingly, the Parties respectfully request entry of the Proposed Schedule.

December 6, 2023                          Respectfully submitted,

                                                            BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

VICTOR MERCADO-SANTANA
Trial Attorney

*/s/ Aysha T. Iqbal*

AYSHA T. IQBAL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202)-305-7000
E-mail: Aysha.T.Iqbal@usdoj.gov

*Counsel for Defendant*

*/s/Brad Banias*\*
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
Email: brad@baniaslaw.com
843.352.4272
\*with permission

*Counsel for Plaintiffs*

**ORDER**

Having reviewed the Parties' Stipulated Motion for Schedule for Briefing of Motion to Dismiss, the Court hereby GRANTS the Stipulation and orders as follows:

1. Plaintiffs' response to Defendant's Motion to Dismiss shall be filed on or before December 29, 2023.
2. Defendant's reply in support of their Motion to Dismiss shall be filed on or before January 12, 2024.

**IT IS SO ORDERED.**

DATED:  December 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE