UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY YESSENIA SANCHEZ RIVAS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UR JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | No. 1:23-CV-00863-NODJ-BAM<br><br>ORDER ON DEFENDANT'S OPPOSED MOTION FOR TEMPORARY STAY OF SUMMARY-JUDGMENT BRIEFING PENDING DECISION ON MOTION TO DISMISS<br><br>(ECF No. 33) |

Having considered Defendant's Motion for a Temporary Stay of Summary-Judgment Briefing, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted; and

2. Briefing on Plaintiffs' motion for summary judgment is stayed until resolution of Defendant's motion to dismiss and entry of a scheduling order.

DATED: December 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1