BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
VICTOR MERCADO-SANTANA
Trial Attorney
AYSHA T. IQBAL (D.C. BAR NO. 241424)
Trial Attorney
    Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868 Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 451-7672
    Facsimile: (202)-305-7000
    E-mail: Aysha.T.Iqbal@usdoj.gov

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY YESSENIA SANCHEZ RIVAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. <br><br> Defendant. | CASE NO.  1:23-CV-00863-KES-BAM <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE. <br><br> Honorable Kirk E. Sherriff <br> United States District Judge <br> Honorable Barbara A. McAuliffe <br> United States Magistrate Judge |

1

The parties respectfully request a continuance of the initial scheduling conference currently scheduled for January 7, 2025. ECF No. 43.

Plaintiffs filed their Corrected First Amended Complaint on November 30, 2023. ECF No. 26. Defendant filed a motion to dismiss on December 1, 2023, which the parties fully briefed on January 12, 2024. ECF Nos. 28, 35, 38. Also pending is Plaintiffs' motion for summary judgment, for which the Court stayed briefing on December 14, 2023, pending resolution of Defendant's motion to dismiss. ECF Nos. 27, 36.

After the motion to dismiss was filed, the Court has twice continued the Initial Scheduling Conference. ECF Nos. 40, 43. On May 1, 2024, the Court ordered an Initial Scheduling Conference for September 26, 2024, continuing the previously set conference from May 30, 2024, due to the status of the case. ECF No. 40. On July 31, 2024, the Court continued the Scheduling Conference to January 7, 2025, due to the status of the case. ECF No. 43. At this time, the Defendant's motion to dismiss remains pending, and the preliminary status of this case has not changed. Given that there is a dispositive motion pending, the parties agree that continuing the scheduling conference would promote efficiency by allowing time for the Court to rule on Defendant's dispositive motion and for the parties to thereafter confer regarding how this matter should proceed and advise the Court in a joint scheduling report. For these reasons, the parties request that the Initial Scheduling Conference be continued to a date at least 30 days after issuance of the Court's order on the pending motion to dismiss.

December 12, 2024.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

VICTOR MERCADO-SANTANA
Trial Attorney

2

*/s/* Aysha T. Iqbal
AYSHA T. IQBAL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7672
Facsimile: (202)-305-7000
E-mail: Aysha.T.Iqbal@usdoj.gov

*Attorneys for Defendant*

BERNARD WOLFSDORF
Wolfsdorf Rosenthal

/s/ Brad Banias
Brad Banias
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com
Appearing pro hac vice
*Attorneys for Plaintiffs*

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for 1/7/2025 is continued to **May 7, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference. The parties shall appear at the conference remotely by Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: __December 23, 2024__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE